[Nos. 24545-4-III; 25057-1-III. Division Three. June 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LOREN CHARLES ROSENDAHL, *Appellant*.

Appeals from a judgment of the Superior Court for Chelan County, No. 04-1-00560-5, John E. Bridges, J., entered September 12, 2005 and March 1, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24552-7-III. Division Three. June 19, 2007.]

ANGELA HOLBROOK, *Appellant*, v. LANE D. HOPKINS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-05641-0, Jerome J. Leveque, J., entered September 2, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kulik, J.

[Nos. 25147-1-III; 25198-5-III. Division Three. June 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN DAVID STORCH, *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, No. 05-1-03429-8, Michael P. Price, J., entered March 29, 2006. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 24856-9-III. Division Three. June 21, 2007.]

*In the Matter of the Marriage of* KARA WERSCHLER, *Appellant*, and WILLIAM P. WERSCHLER, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-3-02071-9, Maryann C. Moreno, J., entered December 5, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.